UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In Re:                                                                        Case No: 18-44427

Brian Cohen                                                              Chapter 7
a/k/a Brian J. Cohen

                              Debtor.                                    **NOTICE OF MOTION**
-------------------------------------------------------X

S I R S:

   PLEASE TAKE NOTICE, that upon the annexed application of BRIAN COHEN, by his attorneys Berger, Fischoff, Shumer, Wexler & Goodman, LLP a motion will be made to a term of this Court, for an Order authorizing the Debtor to short sell property located at 20 Koenig Drive, Oyster Bay, New York 11771, together with such other and further relief as this Court deems just, proper and equitable.

|  |  |
|---|---|
| Date and Time: | October 16, 2018 at 11:00 a.m. |
| Bankruptcy Judge: | Hon. Carla. E. Craig |
| Courthouse: | United States Bankruptcy Court<br>Conrad B. Duberstein Courthouse<br>271-C Cadman Plaza East<br>Brooklyn, New York 11201 |

Dated:   Syosset, New York
            September 12, 2018

                                                            BERGER, FISCHOFF, SHUMER,
                                                            WEXLER & GOODMAN, LLP
                                                            Attorneys for Debtor
                                                            6901 Jericho Turnpike, Suite 230
                                                            Syosset, New York 11791

                                                            By: _____
                                                                   Gary C. Fischoff

TO:   Chapter 7 Trustee
         U.S. Trustee
         All Creditors and Interested Parties