| Fill in this information to identify your case and this filing: | | | |
|---|---|---|---|
| Debtor 1 | **Brian** | | **Cohen** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK | | |
| Case number | 1-18-44427-cec | | |

■ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ■ Yes. Where is the property?

1.1

| | | |
|---|---|---|
| **20 Koenig Drive** | | |
| Street address, if available, or other description | | |
| | | |
| **Oyster Bay** | **NY** | **11771-0000** |
| City | State | ZIP Code |
| | | |
| **Nassau** | | |
| County | | |

What is the property? Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Who has an interest in the property? Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,050,000.00 | $525,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Co-Owner with Lori Peskin-Cohen (Ex-Wife)**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...............................................................=> **$525,000.00**

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

| Debtor 1 | Brian Cohen | Case number *(if known)* | 1-18-44427-cec |
|---|---|---|---|

### 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
■ Yes

**3.1** Make: **Honda**
Model: **Civic**
Year: **2018**
Approximate mileage: **2,000**
Other information:
Leased

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$0.00**
Current value of the portion you own? **$0.00**

**3.2** Make: **Subaru**
Model: **Crosstek**
Year: **2016**
Approximate mileage:
Other information:
Leased

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$0.00**
Current value of the portion you own? **$0.00**

### 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

**5** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>   **$0.00**

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

### 6. Household goods and furnishings
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

| Household goods and furnishings-bed, dresser & living room set | $1,500.00 |
|---|---|

### 7. Electronics
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes. Describe.....

| Television & computer | $500.00 |
|---|---|

### 8. Collectibles of value
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
■ No
☐ Yes. Describe.....

| Debtor 1 | Brian Cohen | Case number (if known) | 1-18-44427-cec |
|---|---|---|---|

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    | Wearing apparel and personal effects | $1,000.00 |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

    | Miscellaneous jewelry | $1,500.00 |
    |---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .......................................................................... **$4,500.00**

**Part 4: Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?    Current value of the portion you own? Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes..........................

    | | Cash on hand | $50.00 |
    |---|---|---|

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes.......................     Institution name:

    | 17.1. | Checking account | Bank of America | $50.00 |
    |---|---|---|---|

| | | | | |
|---|---|---|---|---|
| | 17.2. | Savings account | Bank of America | $3,000.00 |
| | 17.3. | Checking account | TD Bank | $50.00 |
| | 17.4. | Checking account; joint with ex-wife | Bank of America | $10.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes. Give specific information about them...................
    
    | Name of entity: | % of ownership: | | |
    |---|---|---|---|
    | Sterling Credit Counseling, LLC | 100% | % | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
        Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
        Type of account:        Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☐ No
    ■ Yes. .....................        Institution name or individual:

    | Security deposit | Landlord | $2,000.00 |
    |---|---|---|

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes..............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes..............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

| Debtor 1 | Brian Cohen | Case number (if known) | 1-18-44427-cec |
|---|---|---|---|

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Universal Life Insurance Policy with Principal; death benefits $2,000,000.00 | Lori Peskin-Cohen (Ex-Wife) | $17,164.67 |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here................................................................................................................  **$22,324.67**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

Debtor 1  **Brian Cohen**  Case number *(if known)* **1-18-44427-cec** page 6

37. Do you own or have any legal or equitable interest in any business-related property?
    - ■ No. Go to Part 6.
    - ☐ Yes. Go to line 38.

### Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
    - ■ No. Go to Part 7.
    - ☐ Yes. Go to line 47.

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. Do you have other property of any kind you did not already list?
    *Examples:* Season tickets, country club membership
    - ■ No
    - ☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here .................................... **$0.00**

### Part 8: List the Totals of Each Part of this Form

| Line | Description | Amount | | Amount |
|---|---|---|---|---|
| 55. | Part 1: Total real estate, line 2 | | | $525,000.00 |
| 56. | Part 2: Total vehicles, line 5 | $0.00 | | |
| 57. | Part 3: Total personal and household items, line 15 | $4,500.00 | | |
| 58. | Part 4: Total financial assets, line 36 | $22,324.67 | | |
| 59. | Part 5: Total business-related property, line 45 | $0.00 | | |
| 60. | Part 6: Total farm- and fishing-related property, line 52 | $0.00 | | |
| 61. | Part 7: Total other property not listed, line 54 | + $0.00 | | |
| 62. | Total personal property. Add lines 56 through 61... | $26,824.67 | Copy personal property total | $26,824.67 |
| 63. | Total of all property on Schedule A/B. Add line 55 + line 62 | | | $551,824.67 |

**Fill in this information to identify your case:**

Debtor 1: **Brian Cohen**
First Name        Middle Name        Last Name

Debtor 2:
(Spouse if, filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number: **1-18-44427-cec**
(if known)

■ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt      4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| 20 Koenig Drive Oyster Bay, NY 11771 Nassau County<br>Line from *Schedule A/B*: **1.1** | $525,000.00 | ■ $170,825.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NYCPLR § 5206 |
| Household goods and furnishings-bed, dresser & living room set<br>Line from *Schedule A/B*: **6.1** | $1,500.00 | ■ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NYCPLR § 5205(a)(5) |
| Television & computer<br>Line from *Schedule A/B*: **7.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NYCPLR § 5205(a)(5) |
| Wearing apparel and personal effects<br>Line from *Schedule A/B*: **11.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NYCPLR § 5205(a)(5) |
| Miscellaneous jewelry<br>Line from *Schedule A/B*: **12.1** | $1,500.00 | ■ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NYCPLR § 5205(a)(6) |

Debtor 1  Brian Cohen    Case number (if known) 1-18-44427-cec

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Cash on hand<br>Line from Schedule A/B: 16.1 | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Debtor & Creditor Law § 282(2) |
| Checking account: Bank of America<br>Line from Schedule A/B: 17.1 | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Debtor & Creditor Law § 282(2) |
| Savings account: Bank of America<br>Line from Schedule A/B: 17.2 | $3,000.00 | ■ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Debtor & Creditor Law § 282(2) |
| Checking account: TD Bank<br>Line from Schedule A/B: 17.3 | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Debtor & Creditor Law § 282(2) |
| Checking account; joint with ex-wife: Bank of America<br>Line from Schedule A/B: 17.4 | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Debtor & Creditor Law § 282(2) |
| Security deposit: Landlord<br>Line from Schedule A/B: 22.1 | $2,000.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NYCPLR § 5205(g) |
| Universal Life Insurance Policy with Principal; death benefits $2,000,000.00<br>Beneficiary: Lori Peskin-Cohen (Ex-Wife)<br>Line from Schedule A/B: 31.1 | $17,164.67 | ■ $17,164.67<br>☐ 100% of fair market value, up to any applicable statutory limit | NYCPLR § 5205(i) |

3. Are you claiming a homestead exemption of more than $160,375?
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)
   ☐ No
   ■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ■ No
      ☐ Yes

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

BRIAN COHEN
A/K/A BRIAN J. COHEN,

                Debtor.

-------------------------------------------------------X

Chapter 7

Case No.: 1-18-44427-cec

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                            ) ss.:
COUNTY OF NASSAU  )

      Dawn Traina, being duly sworn, deposes and says:

      Deponent is not a party to the action, is over 18 years of age and resides in Valley Stream, New York.

      On October 10, 2018, deponent served a copy of the within **Amended Schedule A/B and Amended Schedule C** by first class mail upon the parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a post paid, property address wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

To:    * See Attached Service List *

                                                  _/s/ Dawn Traina_
                                                  Dawn Traina

Sworn to me this 10th
day of October, 2018

_/s/_
NOTARY PUBLIC

**GARY C. FISCHOFF**
Notary Public, State of New York
No. 02FI4845533
Qualified in Nassau County
Commission Expires January 31, 2022

| | | |
|---|---|---|
| | NYC Dept of Finance<br>345 Adams Street<br>10th Fl, South Side<br>Brooklyn, NY 11201-3739 | NYS Dept of Taxation & Finance<br>Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 |
| NYS Unemployment Insurance<br>Attn: Insolvency Unit<br>Bldg. #12 Room 256<br>Albany, NY 12201 | 271-C Cadman Plaza East, Suite 1595<br>Brooklyn, NY 11201-1801 | Absolute Resolutions Investments LLC<br>Stoneleigh Recovery Associates<br>PO Box 1479<br>Lombard IL 60148-8479 |
| American Express<br>PO Box 297814<br>Ft Lauderdale FL 33329-7814 | American Express Centurion Bank<br>4315 2 2700 West<br>Salt Lake City UT 84184-0001 | Arnold Peskin & Barbara Peskin<br>23 Applegreen Drive<br>Old Westbury NY 11568-1202 |
| Atala C<br>PO Box 693<br>Lawrence NY 11559-0693 | Atlas Management Realty Corp<br>39-26 Bell Boulevard<br>2nd Floor<br>Bayside NY 11361-2061 | Bank of America<br>Mercantile Innovative Solutions<br>165 Lawrence Bell Drive<br>Suite 100<br>Williamsville NY 14221-7900 |
| Bank of America<br>PO Box 15026<br>Wilmington DE 19850-5026 | Bank of America Home Loans<br>PO Box 5170<br>Simi Valley CA 93062-5170 | Best Egg/SST<br>4315 Pickett Road<br>Saint Joseph MO 64503-1600 |
| Busch Bros Cesspool Sewer & Drain<br>C-Tech Collections Inc<br>PO Box 402<br>Mount Sinai NY 11766-0402 | Busch Bros Cesspool Sewer & Drain<br>One Watkins Terrace<br>Amityville NY 11701-1200 | CW Nexus Credit Card<br>101 Crossways Park Drive W<br>Holdings I LLC<br>Woodbury NY 11797-2020 |
| Capital One<br>Bureaus Investment Group Portfolio No 15<br>650 Dundee Road<br>Suite 370<br>Northbrook IL 60062-2757 | Capital One<br>PO Box 30281<br>Salt Lake City UT 84130-0281 | Capital One<br>Portfolio Recovery Associates<br>PO Box 12914<br>Bombay NY 12914 |
| Capital One<br>The Bureaus Inc<br>650 Dundee Road<br>Suite 370<br>Northbrook IL 60062-2757 | Capital One Auto Finance<br>3901 Dallas Parkway<br>Plano TX 75093-7864 | Celtic Bank Corp<br>268 S State Street<br>Suite 300<br>Salt Lake City UT 84111-5314 |
| Celtic Bank Corp<br>National Recovery Solutions LLC<br>PO Box 322<br>Lockport NY 14095-0322 | Chase<br>201 N Central Avenue<br>Phoenix AZ 85004-8001 | Countrywide Home Loans<br>4500 Park Granada Boulevard<br>Calabasas CA 91302-1613 |
| Credit One Bank<br>PO Box 98873<br>Las Vegas NV 89193-8873 | Cui Hong Liu<br>287 Continental Drive<br>New Hyde Park NY 11040-1005 | Deleware Secretary of State<br>W/K Incorporated Services<br>3500 S Dupont Hwy<br>Dover DE 19901-6041 |

```
Fido's Fences                          First National Bank of Omaha         First National Bank/CCS
6500 Jericho Tpke LW                   PO box 3696                          PO box 3696
Syosset NY 11791-4489                  Omaha NE 68103-0696                  Omaha NE 68103-0696


First Premier Bank                     First Premier Bank                   First Savings Credit Card/CCS
601 S Minnesota Avenue                 PO Box 5519                          PO Box 5019
Sioux Falls SD 57104-4868              Sioux Falls SD 57117-5519            Sioux Falls SD 57117-5019


Fischetti IV Landscaping Inc           Fischetti Landscaping Inc            Gold Coast Pools
Carolyn Daley Scott Esq                79 Wood Oak Drive                    44 Sea Cliff Avenue
PO Box 314                             Westbury NY 11590-1031               Glen Cove NY 11542-3627
Port Jefferson Station NY 11776-0314


(p)AMERICAN HONDA FINANCE              J B Pool Service                     JAM Realty LP
P O BOX 168088                         1270 Lois Lane                       Gutman Mintz Baker & Sonnenfeldt PC
IRVING TX 75016-8088                   Seaford NY 11783-1726                813 Jericho Turnpike
                                                                            New Hyde Park NY 11040-4609


Jericho Water District                 Keyspan Long Island                  Law Offices of Steven Cohn PC
125 Convent Road                       300 Erie Blvd W                      One Old Country Road
Syosset NY 11791-3898                  Syracuse NY 13202-4201               Suite 420
                                                                            Carle Place NY 11514-1852


Legacy Visa                            Lvnv Funding LLC                     Lvnv Funding LLC
RGS Financial Inc                      Alltran Financial LP                 PO Box 10584
1700 Jay Ell Drive                     PO Box 610                           Greenville SC 29603-0584
Suite 200                              Sauk Rapids MN 56379-0610
Richardson TX 75081-6788


MAB&T Milestone                        MERS Inc                             Macys
216 W 2nd Street                       1818 Library Street                  9111 Duke Blvd
Dixon MO 65459-8048                    Suite 300                            Mason OH 45040-8999
                                       Reston VA 20190-6280


Maidenbaum & Sternberg LLP             Marc J Meltzer & Daniel G Kassan MD  Merrick Bank
132 Spruce Street                      70 Glen Cove Road                    PO Box 9201
Cedarhurst NY 11516-1915               Suite 306                            Old Bethpage NY 11804-9001
                                       Roslyn Heights NY 11577-1731


Midland Funding LLC                    Mr Cooper                            NYC Dept of Finance
2365 Northside Drive                   8950 Cypress Waters Boulevard        Parking Violations
Suite 300                              Dallas TX 75019-4620                 Church Street Station
San Diego CA 92108-2709                                                     PO Box 3600
                                                                            New York NY 10008-3600


NYS Department of Taxation & Finance   NYU Langone Health                   NYU Langone Medical Center
507 Staples Street                     PO Box 415662                        PO Box 415662
Farmingdale NY 11735-4108              Boston MA 02241-5662                 Boston MA 02241-5662
```

| | | |
|---|---|---|
| NYU Langone Physician Services<br>C-Tech Collections Inc<br>PO Box 402<br>Mount Sinai NY 11766-0402 | NYU Winthrop Hospital<br>PO Box 10546<br>Uniondale NY 11555-0546 | NYU Winthrop University Hospital<br>POM Recoveries<br>PO Box 602<br>Lindenhurst NY 11757-0602 |
| Nasau Anesthesia Associates PC<br>C-Tech Collections Inc<br>PO Box 402<br>Mount Sinai NY 11766-0402 | Nassau Anesthesia Associates<br>C-Tech Collections Inc<br>PO Box 402<br>Mount Sinai NY 11766-0402 | Nassau Anesthesia Associates PC<br>C-Tech Collections Inc<br>PO Box 402<br>Mount Sinai NY 11766-0402 |
| National Grid/Key Span Gas<br>EOS CCA<br>PO Box 981002<br>Boston MA 02298-1002 | Nationstar Mortgage<br>PO Box 650783<br>Dallas TX 75265-0783 | Northshore Univ Hospital-Manhasset<br>Arstrat<br>9800 Centre Parkay<br>Suite 1100<br>Houston TX 77036-8263 |
| Northwell Health<br>Northshore University Hospital<br>PO Box 4318<br>Manhasset NY 11030-4318 | Office of the United States Trustee<br>Eastern District of NY (Brooklyn Office)<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014-9449 | Orlin & Cohen Orthopedic Group<br>Richard Sokoloff Esq<br>990 S Second Street Suite 1<br>Ronkonkoma NY 11779-7258 |
| Perry B Herson MD<br>105 Hillside Avenue<br>Williston Park NY 11596-2311 | Perry B Herson MD<br>C-Tech Collections Inc<br>PO Box 402<br>Mount Sinai NY 11766-0402 | Petro Inc<br>520 Broadhollow Road<br>Suite 200W<br>Melville NY 11747-3603 |
| Petro Inc<br>Fleck Fleck & Fleck Esqs<br>1205 Franklin Avenue<br>Suite 300<br>Garden City NY 11530-1600 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | ProHealth Ambulatory Surgery<br>PO Box 3475<br>Toledo OH 43607-0475 |
| ProHealth Care Amb Surg Ctr<br>NBCC<br>150 White Plains Road<br>Suite 108<br>Tarrytown NY 10591-5521 | ProHealth Care Associates LLP<br>NBCC<br>150 White Plains Road<br>Suite 108<br>Tarrytown NY 10591-5521 | ProHealth Care Associates LLP<br>PO Box 3475<br>Toledo OH 43607-0475 |
| Quadrino & Schwartz PC<br>666 Old Country Road<br>9th Floor<br>Garden City NY 11530-2020 | Quadrino & Schwartz, P.C.<br>c/o Weltman & Moskowitz, LLP<br>270 Madison Avenue, Suite 1400<br>New York, New York 10016-0601 | Rosenfeld & Maidenbaum LLP<br>133 Spruce Street<br>Cedarhurst NY 11516-1916 |
| Schwartz Law PC<br>c/o Weltman & Moskowitz, LLP<br>270 Madison Avenue, Suite 1400<br>New York, New York 10016-0601 | Sports Physical Therapy & Rehab Serv<br>of Northwell Health<br>1983 Marcus Avenue<br>Suite 119<br>New Hyde Park NY 11042-1016 | Subaru Motors Finance<br>c/o Chase Auto Finance<br>PO Box 901076<br>Fort Worth TX 76101-2076 |
| Syncb/Shop HQ/Evine Live<br>PO Box 965037<br>Orlando FL 32896-5037 | Synchrony Bank<br>Midland Credit Management<br>2365 Northside Drive<br>Suite 300<br>San Diego CA 92108-2709 | Tax Correction Agency Inc<br>175 Deer Park Road<br>Deer Park NY 11746-4928 |

The Bank of Missouri/Milestone
DNF Associates LLC
2351 N Forsest Road
Suite 110
Getzville NY 14068-9902

U.S. Bank National Association
Buckley Madole PC
420 Lexington Avenue
Suite 840
New York NY 10170-0840

U.S. Bank National Association
as Trustee for MASTR Adjustable Rate Mor
c/o McCalla Raymer et al
420 Lexington Avenue Suite 840
New York NY 10170-0840

US Bank National Association
800 Nicollet Mall
Minneapolis MN 55402-2511

Vertical Lend Inc
3 Huntington Quadrangle
Melville NY 11747-4602

Winthrop University Hospital
PO Box 9562
Uniondale NY 11555-9562

Lori Lapin Jones
Lori Lapin Jones PLLC
98 Cutter Mill Road
Suite 201 North
Great Neck, NY 11021-3010

Honda Financial Services
American Honda Finance
600 Kelly Way
Holyoke MA 01040-9681

Portfolio Recovery Associates LLC
140 Corporate Boulevard
Norfolk VA 23502

(d)NYS Unemployment Insurance
Attn: Insolvency Unit
Bldg. #12 Room 256
Albany, NY 12201