# EXHIBIT A

**Michael L. Moskowitz (mlm@weltmosk.com)**
**Adrienne Woods (aw@weltmosk.com)**
**WELTMAN & MOSKOWITZ, LLP**
*Attorneys for Quadrino and Schwartz, P.C.*
*and Schwartz Law, P.C., Secured Creditors*
270 Madison Avenue, Suite 1400
New York, New York 10016-0601
212.684.7800

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>BRIAN COHEN,<br><br>　　　　　　　　　　Debtor. | Chapter 7<br><br>Docket No. 18-44427 (CEC) |

**STIPULATION AND ORDER PERMITTING FILING UNDER SEAL**

**WHEREAS**, pursuant to Local Rule of Bankruptcy Procedure 9018-1, an Order of the Court is required to file documents under seal; and

**WHEREAS**, Quadrino and Schwartz, P.C. and Schwartz Law, P.C. ("Putative Plaintiffs"), who allege a security interest in assets of the estate, wish to bring an adversary proceeding ("Adversary Proceeding") against Debtor and an unnamed third party ("Unnamed Defendant") to enforce their rights; and

**WHEREAS**, due to the subject matter of the Adversary Proceeding, which is covered by a confidentiality agreement binding on both Debtor and Putative Plaintiffs, the Adversary Proceeding must be filed under seal; and

**WHEREAS**, the Confidentiality Agreement inures to the benefit of, and was required by, Unnamed Defendant; and

**WHEREAS**, the Adversary Proceeding includes causes of action under 11 U.S.C. § 523, which must be asserted by November 6, 2018;

**NOW, THEREFOR, IT IS HEREBY STIPULATED AND AGREED TO AS FOLLOWS:**

Putative Plaintiffs may file the Adversary Proceeding complaint and all related documents under seal.

Dated: October 30, 2018

　/s/ *Michael L. Moskowitz*　　　　　
Michael L. Moskowitz
Weltman & Moskowitz, LLP
*Attorneys for Putative Plaintiffs*

Dated: October 30, 2018

　/s/ *Gary Fischoff*　　　　　　
Gary Fischoff
Berger, Fischoff, Shumer, Wexler, Goodman, LLP
*Attorneys for Debtor*

IT IS SO ORDERED:

_____.
UNITED STATES BANKRUPTCY JUDGE